IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00136-GPG

KEVIN R. HERRERA,

     Applicant,

v.

JOHN FALK, Sterling Correctional, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

ORDER

---

In response to the Court's Order to File Pre-Answer Response, Respondents have filed a Pre-Answer Response. Applicant has filed a Reply to the Pre-Answer Response. The Court has reviewed the Response and Reply and associated attachments. In order for the Court to complete initial review additional state court records are required,

Respondents, therefore, will be directed to provide to the Court the State Court Flat File in Case No. 99CR3726. Specifically, Respondents are to confirm to the Court that all documents filed with the trial court from February 21, 2006, through December 15, 2008, are included in the flat file that is sent to the Court. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondents shall submit the state court records as set forth above and confirm in a separate filing that the records include the documents identified above. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this Order to the following:

(1) Clerk of the Court
El Paso County District Court
P.O. Box 2980
Colorado Springs, Colorado 80901-2980; and

(2) Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado  80202.

Dated:  March 21, 2015

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge