IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00136-GPG

KEVIN R. HERRERA,

    Applicant,

v.

JOHN FALK, Sterling Correctional, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER TO ANSWER AND FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus filed Pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1)    Within **thirty days from the date of this Order** Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in El Paso County District Court case number 99CR3726, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2)    Within **thirty days from the date the state court record is provided to the Court**, Respondents shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts;

(3)    Within **thirty days** of the filing of the answer Applicant may file a Reply, if he desires; and

(3)     The Clerk of the Court is directed to send copies of this Order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at the following addresses:

    (1)    Clerk of the Court
           El Paso County District Court
           P.O. Box 2980
           Colorado Springs, Colorado 80901-2980; and

    (2)    Court Services Manager
           State Court Administrator's Office
           1300 Broadway
           Denver, Colorado  80203.

Dated:  April 22, 2015, at Denver Colorado

BY THE COURT:

S/ Gordon P. Gallagher

United States Magistrate Judge